adainformation

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV - 5 2007 nbo
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00102 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | THEFT OF GOVERNMENT PROPERTY [18 U.S.C. § 641] |
| HERMAN FABIAN ADA JR., ) | ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY |
| Defendant. ) | [18 U.S.C. § 1382] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

Beginning on or about August 2007 and continuing up to on or about September 15, 2007, in the District of Guam, the defendant, HERMAN FABIAN ADA JR., willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of approximately $227.96, in violation of Title 18, United States Code, Section 641.

**COUNT II - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

Beginning on or about August 2007 and continuing up to on or about September 15, 2007, in the District of Guam, the defendant, HERMAN FABIAN ADA JR., went upon a United States military reservation, to wit, U.S. Naval Base Guam, with knowledge that the defendant,

ORIGINAL

1 | HERMAN FABIAN ADA JR., needed and did not have authorization to do so, in violation of 18
2 | U.S.C. 1382.

3 | DATED this 2nd day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

- 2 -

**Criminal Case Cover Sheet**                                                                 U.S. District Court

**Place of Offense:**

City       Hagatna                         **Related Case Information:**                  07-00102

Country/Parish ____N/A____                 Superseding Indictment _____ Docket Number _____
                                           Same Defendant _____        New Defendant ___X___
                                           Search Warrant Case Number _____
                                           R 20/ R 40 from District of _____

**Defendant Information:**

    **Juvenile: Yes _____ No _X_**   **Matter to be sealed: _____ Yes _X_ No**

Defendant Name            Ada, Herman F.

Allisas Name             _____

Address                  _____

                  Dededo, Guam

**RECEIVED NOV -5 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date __XX/XX/1972__ SS# __XXX-XX-6372__ Sex _M_ Race _PI_ Nationality _US_

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

Interpreter:   _X_ No  ___ Yes                List language and/or dialect: __N/A__

**Location Status:**

Arrest Date ____27 July 2004____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___        ____ Petty _X_ Misdemeanor ____ Felony

|     | Index Key/Code       | Description of Offense Charged                  | Count(s) |
|-----|----------------------|------------------------------------------------|----------|
| Set 1 | 18 U.S.C. § 641    | THEFT OF GOVERNMENT PROPERTY                    | 1        |
| Set 2 | 18 USC 1382        | ENTERING MILITARY, NAVAL, OR COAST GUARD PROP   | 2        |
| Set 3 | _____   | _____         | ____     |
| Set 4 | _____   | _____         | ____     |

(Continued on reverse)

Date: 11/2/07           Signature of SAUSA: _Ry M. Anderson_