LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

NOV - 5 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> HERMAN FABIAN ADA JR., ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00102 <br><br> **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS AND ORDER** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, HERMAN FABIAN ADA JR., based on an Information filed charging the defendant with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641 and one count of Unlawful Entry in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 2nd day of November, 2007.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

ORIGINAL