LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

Attorney for Defendant
HERMAN F. ADA, JR.

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR 07-00102 |
| Plaintiff, | ) | |
| | ) | NOTICE OF ENTRY OF APPEARANCE |
| vs. | ) | |
| HERMAN F. ADA, JR., | ) | |
| Defendant. | ) | |

Comes now, **CYNTHIA V. ECUBE, ESQ.** and the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**, and enters its appearance as attorney of record on behalf of Defendant, **HERMAN F. ADA, JR.**, in the above-entitled criminal proceeding.

Dated this 13th day of November 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

CVE/gpm
L:\...\CLIENTS\CVE-CLIENTS\Ada, H.\Notice of Entry of App./11.16.07.

**ORIGINAL**

I, **AMBER SANCHEZ,** hereby certify that on November 13, 2007, I caused the documents entitled "Entry of Appearance" to be faxed to the following parties, to wit:

    UNITED STATES ATTORNEY'S OFFICE
    Suite 500 Sirena Plaza
    108 Hernan Cortez Avenue
    Hagatna, Guam 96910

Respectfully submitted this 13th day of November, 2007.

_____
AMBER SANCHEZ