AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

RECEIVED
NOV 07 2007
US MARSHALS SERVICE-GUAM

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

HERMAN FABIAN ADA JR.

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00102-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | 302 |
| | Date and Time<br>Tuesday, November 13, 2007 at 9:15 a.m. |

To answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Theft of Government Propety, 18 U.S.C. 641, Count 1

Entering Military, Naval, or Coast Guard Property, 18 U.S.C. § 1382, Count 2

FILED
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

November 6, 2007
Date

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 11/13/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US Magistrate Court, Hopkins, GA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/13/07
           Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.