# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00102　　　　　　　　　　DATE: December 17, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:12:36 - 10:26:35
CSO: B. Pereda

**APPEARANCES:**
Defendant: Herman Fabian Ada, Jr.　　　Attorney: Cynthia V. Ecube
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: G. Perez
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: <u>Guilty</u> Count I
- Count II dismissed without prejudice on Government's motion.
- Plea: <u>Accepted</u>.
- Sentencing set for: <u>March 17, 2008 at 10:00 A.M.</u>
- Draft Presentence Report due to the parties: <u>February 11, 2008</u>
- Response to Presentence Report: <u>February 25, 2008</u>
- Final Presentence Report due to the Court: <u>March 10, 2008</u>
- Defendant to remain released.

NOTES: