LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
HERMAN F. ADA, JR.

**FILED**
DISTRICT COURT OF GUAM

JAN 1 6 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

## HAGÅTÑA, GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR07-00102-01 |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANT ADA'S EXPARTE |
| vs. ) | MOTION FOR OFF-ISLAND TRAVEL |
| ) | |
| HERMAN F. ADA, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### I.   INTRODUCTION

COMES NOW, the Defendant, **HERMAN F. ADA, JR.** (hereinafter "ADA"), by and through his undersigned counsel of record, and hereby files this exparte Motion requesting that the Court allow Defendant, **HERMAN F. ADA, JR.,** to travel off-island to Philippines for a period of (3) days commencing January 17, 2008 to January 20, 2008 for personal reasons.

### II.   EXPARTE MOTION FOR OFF-ISLAND TRAVEL

Paragraph 7(i) of Defendant **ADA's** Order for Release Conditions provides as follows: That Defendant abide by the following restrictions on personal association, place of abode, or travel and advise the U.S. Probation Officer prior to any off-island departure related to defendant's employment.

ORIGINAL

On or about January 14, 2008, Defendant contacted the U. S. Probation Office to advise them of his intentions to go off island commencing January 17, 2008, in accordance with Paragraph 7(i) of Defendant's Release Conditions. Defendant is currently employed with the Sheraton Laguana Resort & Spa as Marketing and Sales director for the hotel. As part of his employment, Defendant intends to meet with other companies in the Philippines in order to coordinate and arrange as part of of promoting and advertising on behalf of the Sheraton hotel. Additionally, Defendant may also seeking medical services while in the Philippines.

Upon contacting the U. S. Probation and providing them with a copy of the itinerary, the undersigned further forwarded a letter to the U. S. Probation Office advising them of Defendant's intent to go off-island. See Attached letter which is marked and designated as Exhibit "A". The undersigned further contacted the Assistant U. S. Attorney handling this matter on January 15th and 16th regarding their position on Defendant's request to go off-island for three (3) days. On each occasion, Attorney Anderson advised the undersigned that the U. S. Attorney's Office had no objections to Defendant's request to go off-island.

Then, on January 16, 2008, the undersigned was contacted by U. S. Probation Officer, Ms. Judy Ocampo, and was advised by Ms. Ocampo that because of the Probation's internal regulations, Defendant was required to provide notice at least 14 days before his departure, and therefore, the U. S. Probation Office was denying his request for off-island travel.

Defendant ADA submits that there is nothing in the Court's Order that requires Defendant to provide 14 days advance notice to the Probation's Office regarding his request for off-island travel. Moreover, Defendant submits that the 14 day advance notice requirement is unreasonable under the circumstances. Probation could not articulate why they should be provided 14 days advance notice of travel. In a prior situation, the Court permitted the Defendant to travel off-island to Hong Kong with less than seven (7) days notice to the Probation Office. Aside from Probation's internal policy there is

- 2 -

1

2

3    no specific reason why Defendant should not be permitted to leave for the three (3) day period.

4    Defendant has and continues to fully comply with his conditions of release and there have been no

5    adverse actions nor reports filed against Defendant that support the argument that he is a flight risk or

6    danger to the community.  Equally important, the U. S. Attorney's Office has indicated that they have

7    no objections to said request.

8

9    Based upon the foregoing, Defendant respectfully requests that the Court grant his request to

10   go off-island, herein.

11   Respectfully submitted on the 16th day of January, 2008.

12

13                                     LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
                                       A Professional Corporation
14

15   By: _____

16                                     CYNTHIA V. ECUBE, ESQ.
                                       Attorney for Defendant
17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

2

## CERTIFICATE OF SERVICE

3

4

5    I, **AMBER B. SANCHEZ**, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby

6    certify that on the 16ᵗʰ day of January, 2008, I caused to be served by facsimile and personal service a

7

8    copy of "Defendant Ada's Exparte Motion for Off-Island Travel" in Criminal Case No. CR07-00102-001

9    to:

10                                    **RYAN ANDERSON, ESQ.**
                                      Assistant U. S. Attorney
11                                    U. S. Attorney's Office
                                      Sirena Plaza, Suite 500
12                                    108 Hernan Cortez Avenue
                                      Hagatna, Guam 96910
13                                    (671) 472-7334

14

15                                    **JUDY OCAMPO**
                                      United States Probation Officer
16                                    United States Probation Office
                                      2ⁿᵈ Floor, District Court
17                                    520 W. Soledad Ave.
                                      Hagåtña, Guam  96910
18                                    (671)473-9202

19

20

21

22                                    _____
                                      **AMBER B. SANCHEZ**
23

24

25

26

27

28

- 4 -



# LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.

*A Professional Corporation*

January 14, 2008

VIA TELECOPIER: (617) 473-9202

**MS. JUDY OCAMPO**
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

> RE:   United States of America v. Herman F. Ada, Jr.; Criminal Case No. CR 07-00102.

Dear Judy,

In accordance with Paragraph 7(i) regarding the Court's Order Setting Release Conditions, please be advised that my client, Mr. Herman Ada, Jr., will be going off-island to the Philippines commencing on January 17, 2008, and will be returning to Guam on January 20, 2008, with his family for personal reasons. Enclosed please find a copy of Mr. Ada's itinerary for your review and records.

If you have any questions concerning this matter, please feel free to contact me.

Sincerely,

CYNTHIA V. ECUBE

Enclosure

cc:   Mr. Herman Ada

CVE/abs
L:\CVE-CLIENTS\Ada, Herman F., Jr.\Ltr to Judy Ocampo dated 1.14.08

# EXHIBIT "A"

207 Martyr Street, Suite 3 • Hagåtña, Guam 96910

Home > Manage Reservations > **View Reservation by Confirmation Number**

# View Reservation by Confirmation Number

All prices, taxes and fees are quoted in US dollars.
E-mail Summary | Save to my Account | Print Itinerary | Export to Outlook | Reserve a Car | Reserve a Hotel

---

**Continental Confirmation Number:**     **CLHTZ6**

**Guam (GUM) to Manila, Philippines (MNL) on Thu., Jan. 17, 2008**
**Manila, Philippines (MNL) to Guam (GUM) on Sat., Jan. 19, 2008**

**This reservation was eTicketed and confirmed on Wed., Jan. 9, 2008 at 2:02 a.m. Central Time.**

**Flight Details:**

| Depart: | Arrive: | Travel | Flight: **CO933** |
|---|---|---|---|
| **8:00 p.m.** | **9:40 p.m.** | Time: | Aircraft: **Boeing 737-800** |
| **Thu., Jan. 17, 2008** | **Thu., Jan. 17, 2008** | **3 hr 40 mn** | Fare Class: **Economy (GN)** |
| Guam (GUM) | Manila, Philippines (MNL) | | Meal: **Dinner** |

Continental flight 933 operated by Continental Micronesia.

| Depart: | Arrive: | Travel | Flight: **CO894** |
|---|---|---|---|
| **7:45 p.m.** | **1:20 a.m.** +1 Day | Time: | Aircraft: **Boeing 737-800** |
| **Sat., Jan. 19, 2008** | **Sun., Jan. 20, 2008** | **3 hr 35 mn** | Fare Class: **Economy (GN)** |
| Manila, Philippines (MNL) | Guam (GUM) | | Meal: **Dinner** |

Continental flight 894 operated by Continental Micronesia.

> Change Flights

**Passengers:**

**Mr. HERMANF ADAJR**
Seat Assignments:       25C | 22D
Frequent Flyer:          CO-AB191608
Email Address:           KATHERINE.ADA@GU.VUITTON.COM
Home Phone:              **(671) 734-1597**     - United States

> View/Change Seat

> Edit traveler information

> Add Pet(s)

**Price:**                                                          **Payment Information:**

**Mileage and Price Details**

| **1 Reward** | | **25,000 Miles** |
|---|---|---|
| Service Fee | | $35.00 |
| Ticket Taxes/Fees | | $9.50 |
| **Total Price** | **25,000 Miles and** | **$9.50** |

Additional service fees may apply.