**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**HERMAN F. ADA, JR.**

# IN THE DISTRICT COURT OF GUAM

## HAGÅTÑA, GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIMINAL CASE NO. **CR07-00102-01** |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | **ORDER GRANTING MOTION** |
| ) | **FOR OFF-ISLAND TRAVEL** |
| **HERMAN F. ADA, JR.,** ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

This matter is before the court on the Defendant's request to travel to the Philippines for a three-day period. The Government having no objection to the travel request, and the court having heard the U.S. Probation Officer's concerns on the matter,

**IT IS HEREBY ORDERED** that the Defendant be permitted to travel to the Philippines during the period from January 17, 2008, to January 20, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 17, 2008

*CVE/abs*
*L:\...\CLIENTS\CVE-CLIENTS\Ada, Herman Jr.\Proposed Order.1.16.08*