# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> HERMAN F. ADA, Jr. ) <br> ) <br> Defendant. ) <br> _____ ) | USDC Cr. Cs. No. 07-00102-001 <br><br> **REQUEST TO CONTINUE SENTENCING HEARING** |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for March 17, 2008. The probation officer requests that the Court continue sentencing to April 25, 2008. The continuance is necessary for the defendant to submit to the presentence interview. An interview is scheduled with the defendant and his attorney on February 5, 2007. Both parties have no objections to a continuation.

RESPECTFULLY submitted this   1st   day of February 2008.

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Chief U.S. Probation Officer

By: 
                                      /s/ STEPHEN P. GUILLIOT
                                      U.S. Probation Officer

Reviewed by:


/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist