ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
STEPHEN P. GUILLIOT
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone:   (671) 473-9201
Facsimile:    (671) 473-9202

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00102-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HERMAN F. ADA, Jr. | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection,
the sentencing hearing is hereby moved from March 17, 2008 to April 25, 2008 at 9:00
a.m.  The presentence report shall be provided to the parties no later than March 25,
2008.  The parties shall file their responses to the presentence report no later than April
9, 2008.  The final presentence report, addendum, and sentence recommendation shall
be submitted to the Court and parties no later than April 18, 2008.

SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Feb 05, 2008**