AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

HERMAN FABIAN ADA, JR.,

**NOTICE**

CASE NUMBER: CR-07-00102

TYPE OF CASE:

☐ CIVIL  X CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | COURTROOM |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X  TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 3RD Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | Friday, April 25, 2008 at 9:00 a.m. | Tuesday, April 29, 2008 at 10:30 a.m. |

JEANNE G. QUINATA, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 11, 2008
DATE

/s/ Walter M. Tenorio
(BY) DEPUTY CLERK

TO: CYNTHIA V. ECUBE, Esq.  
Law Office of Cynthia V. Ecube  
207 Martyr Street, Suite 3  
Travel Pacificana Building  
Hagatna, Guam 96910  

RYAN M. ANDERSON  
Special Assistant U.S. Attorney  
Office of the United States Attorney  
108 Hernan Cortez Street, Suite 500  
Hagatna, Guam 96910