LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
**HERMAN FABIAN ADA, JR.**

**FILED**
**DISTRICT COURT OF GUAM**

APR 2 2 2008 ᴿ ᴰ

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>HERMAN FABIAN ADA, JR.,<br><br>*Defendant.* | CRIMINAL CASE NO. 07-00102-001.<br><br>**DEFENDANT ADA'S POSITION STATEMENT REGARDING CLARIFICATION TO THE DRAFT FINDINGS OF THE PSI REPORT** |

### I. INTRODUCTION

**COMES NOW**, Defendant, **HERMAN FABIAN ADA, JR.,** by and through his Attorney of record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C.,** and hereby submits its Position Statement Regarding Clarification to the Draft Findings of the Pre-Sentence Investigation Report (hereinafter "Draft PSI Report") filed in the above-entitled criminal matter, herein.

### II. FACTUAL CLARIFICATIONS TO DRAFT PSI REPORT:

First of all, Defendant **ADA** disputes the statement as contained in Paragraph 46 of the PSI. Defendant maintains that statement is inaccurate and wholly misleading. According to Defendant **ADA**, he was employed with Continental Micronesia Airlines as indicated in the draft Report, however, the ground for termination was not fully presented in the Report. Defendant's employer terminated

**ORIGINAL**

CVE/abs
L:\CVE-CLIENTS\Ada, Herman \Position Statement re Draft Findings of PSI Report\04-16-08
Case 1:07-cr-00102   Document 19   Filed 04/22/2008   Page 1 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

him as a result of alleged violation of the company attendance policy. Defendant filed a grievance challenging his termination. Defendant reported that the basis for the termination was a result of Defendant's deployment for active military duty due to 911. As a result, the outcome of the grievance process was favorable for Defendant **ADA**, and Defendant was then offered by the employer to be rehired by the company, however, Defendant has already sought other employment opportunities.

Secondly, as to the issue of Defendant's financial situation, Defendant **ADA** reports that he also pays supplemental child care expenses per week. This expense was not indicated in the PSI Report. This figure is approximately $100.00 per week or $400.00 per month. More importantly, in light of the expenses that Defendant is obligated to pay, Defendant disputes the Probation Officer's findings that he has the financial ability to pay a fine as contained in Paragraph 50 of the draft Report. Based upon the foregoing, Defendant submits that the Court should not impose a fine against the Defendant in this case.

Finally, as to all other information referenced in the Report, Defendant **ADA** hereby adopts all remaining findings as contained in the Draft PSI Report, therein,

Dated this 22nd day of April, 2008.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By:

CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

/ / /

/ / /

CVE/abs
L:\CVE-CLIENTS\Ada, Herman \Position Statement re Draft Findings of PSI Report\04-16-08.

1

## CERTIFICATE OF SERVICE

2

3

4

I, **Amber B. Sanchez**, Legal Secretary with the Law Office of Cynthia V. Ecube, Esq., P.C.,

5

hereby certify that on the 22nd day of April, 2008, I caused to be served via facsimile a copy of

6

"Defendant Ada's Position Statement Regarding Clarification to the Draft Findings of the Pre-Sentence

7

Investigation Report" in Criminal Case No. 07-00102-07, to:

8

9

RYAN ANDERSON, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

10

11

and to,

12

STEPHEN P. GUILLIOT
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

13

14

15

16

17

18

AMBER B. SANCHEZ

19

20

21

22

23

24

25

26

27

28

29

CVE/abs
L:\CVE-CLIENTS\Ada, Hernan \Position Statement re Draft Findings of PSI Report\04-16-08.

Case 1:07-cr-00102    Document 19    Filed 04/22/2008    Page 3 of 3