# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00102　　　　　　　　　　　DATE: April 29, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 10:40:15 - 11:04:15

**APPEARANCES:**

Defendant: Herman Fabian Ada, Jr.　　　　Attorney: Cynthia Ecube
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: William Parker　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>2 years</u>.
- Pay a $1,000.00 fine.
- Total restitution ordered in the amount of $227.96.
- Special assessment fee of $25.00 shall be paid immediately after sentencing.
- Government's oral motion to dismiss count 2 granted.

NOTES: