# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00102-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| HERMAN F. ADA JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On April 29, 2008, Herman F. Ada Jr. was sentenced by U.S. Magistrate Judge Joaquin V.E. Manibusan Jr. in the District Court of Guam for the misdemeanor offense of Theft of Government Property, in violation of 18 U.S.C. § 641. He was sentenced to a two year term of probation with conditions to include that he comply with the standard conditions of supervision as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; participate in a mental health treatment program as approved by the U.S. Probation Office; provide the probation officer access to any and all requested financial information and not incur any new lines of credit without the permission of the Probation Office; pay a $25 special assessment fee; pay a $1,000 fine; and pay $227.96 in restitution.

      On July 14, 2008, Mr. Ada submitted a request to travel to Taipei, Taiwan for job interview with a prospective employer. His proposed travel dates are from July 16, 2008 to July 22, 2008. Mr. Ada recognizes that his request for travel has not been made in a timely manner and has also included alternative travel dates of July 22, 2008 to July 29, 2008.

      To date, Mr. Ada has been compliant with his probation conditions. He paid his financial obligations (the $25 special assessment fee, $1000 fine and $227.98 restitution) on May 19, 2008.

Request to Travel
Re: ADA, Herman F. Jr.
Criminal Case No. 07-00102-001
July 15, 2008
Page 2


His participation in a mental health treatment program is awaiting approval via private medical insurance. This Officer supports his travel request and seeks approval of the Court.

                                      Respectfully submitted,

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Chief U.S. Probation Officer

                        By:  /s/ GRACE D. FLORES
                                        U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
Investigation Unit Leader

cc: File