| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Herman F. Ada Jr.**

Case No. 07-00102-001
SS# XXX-XX-6372
DOB: XX-XX-1972
HT: 6'0" WT: 220 lbs

DATE: **July 15, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Taipei, Taiwan**

LEAVING **July 16, 2008** (or in the alternative July 23, 2008) AND RETURNING **July 22, 2008** (or in the alternative July 29, 2008)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Job interview.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Taipei, Taiwan;

2. You shall call the U.S. Probation Office as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call the U.S. Probation Office if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME _____  ☐ APPROVED    ☐ DISAPPROVED
ADDRESS _____
_____