| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Herman F. Ada Jr.**

Case No. 07-00102-001
SS# XXX-XX-6372
DOB: XX-XX-1972
HT: 6'0"  WT: 220 lbs



DATE: **July 15, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO    **Taipei, Taiwan**

LEAVING   **July 16, 2008** (or in the alternative July 23, 2008)   AND RETURNING   **July 22, 2008** (or in the alternative July 29, 2008)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Job interview.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Taipei, Taiwan;**

**2. You shall call the U.S. Probation Office as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call the U.S. Probation Office if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME  _____

ADDRESS  _____

_____

[x] APPROVED     [ ] DISAPPROVED

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Jul 17, 2008**

Case 1:07-cr-00102   Document 27   Filed 07/17/2008   Page 1 of 1